# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Guadalupe ROSALES-Gonzales, <br><br> Defendant | 17MJ8435 <br><br> FINDINGS OF FACT AND ORDER OF DETENTION |

In accordance with Title 18 U.S.C. § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141, et seq.), a detention hearing was held on May 3, 2017, to determine whether defendant, Guadalupe ROSALES-Gonzales, should be held in custody pending trial on the grounds that he is a flight risk. Assistant U.S. Attorney Seth Gagliardi appeared on behalf of the United States. Court-appointed counsel Michael McCabe appeared on behalf of Defendant.

Based on the evidence proffered by the United States and Defendant, the Pretrial Services Officer, and the criminal complaint issued against Defendant on May 3, 2017, by this Court, the Court concludes that the following facts establish by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of Defendant as required.

# I
# FINDINGS OF FACT

A. <u>Nature and Circumstances of the Offense Charged (18 U.S.C. §3142(g)(1))</u>:

    1. Defendant is charged in Criminal Complaint No. 17MJ8435with Deported Alien Found in the United States (Felony), in violation of Title 8, United States Code, Section 1326. Therefore, probable cause exists to believe Defendant committed the charged offenses.

B. <u>Weight of the Evidence Against the Defendant (18 U.S.C. § 3142(g)(2))</u>:

    1. According to the Complaint filed in the Southern District of California on May 3, 2017, the Defendant was found in the United States and was arrested on May 1, 2017, near Ocotillo, California.

    2. Record checks revealed the Defendant was ordered removed from the United States, on February 4, 2004, by an Immigration Judge, and subsequently removed to Mexico via San Ysidro, California on June 28, 2016.

    3. There is no evidence showing the Defendant has applied for and sought or received permission from the Unites States Attorney General or Secretary of the Department of Homeland Security to re-enter the Unites States after being previously removed.

C.    <u>History and Characteristics of the Defendant (18 U.S.C. § 3142(g)(3))</u>:

    1.    Defendant is a citizen of Mexico.

    2.    Defendant resides in Mexicali, Mexico.

    3.    Defendant has no immigration status to live in the United States. Furthermore, record checks revealed Defendant was last deported/removed from the United States to Mexico on June 28, 2016.

    4.    If released, the Defendant faces removal proceedings by the Bureau of Immigration and Customs Enforcement, placing the Defendant beyond the jurisdiction of this court.

5. The Defendant has previously been deported or removed eleven (11) times, and been processed for voluntary return to Mexico on more than fifteen (15) occasions.

D. <u>Nature and Seriousness of Danger Posed by Release (18 U.S.C. § 3142(g)(4))</u>:

The Defendant has the following criminal history:

| | | |
|---|---|---|
| 06/09/14 | Felony 8 U.S.C., §1326 – Removed Alien Found in the U.S. | |
| | 27 months BOP, 3 years Supervised release | |
| 11/05/12 | Felony 8 U.S.C., § 1326 – Removed Alien Found in U.S. | |
| | 15 months BOP, 3 years Supervised Release | |
| 07/05/11 | Felony 8 U.S.C., § 1326 – Deported Alien Found in the U.S. | |
| | 10 months BOP, 3 years Supervised Release | |
| 10/18/10 | Felony 8 U.S.C., § 1326 – Deported Alien Found in the U.S. | |
| | 6 months BOP, 3 years Supervised Release | |

II

REASONS FOR DETENTION

A. There is probable cause to believe Defendant committed the offense charged in Criminal Complaint Number 17MJ8435, namely, a Deported Alien Found in the United States, in violation of 8, United States Code, Sections 1326.

B. Defendant faces a substantial period of time in custody if convicted of the offense charged in the Complaint. He therefore has a strong motive to flee.

C. Based upon the Court's findings, there is no condition or combination or conditions that will reasonably assure the appearance of the Defendant as required.

///
///
///
///

## III

## ORDER

IT IS HEREBY ORDERED Defendant be detained pending trial in this matter.

IT IS FURTHER ORDERED Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States, or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

THIS ORDER IS ENTERED WITHOUT PREJUDICE.

IT IS SO ORDERED.
DATED:   MAY 3, 2017  .

_____
HON. BERNARD G. SKOMAL
U.S. MAGISTRATE JUDGE

Prepared by:

ALANA W. ROBINSON
Acting United States Attorney


 /s/ SETH GAGLIARDI
SETH GAGLIARDI
Assistant U.S. Attorney

cc:    Michael McCabe
       Court-appointed counsel